FPS-426                                                                                            August 9, 2005

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-1088**

Stevenson vs. Carroll
Michael L. Jones, Appellant

(Delaware Civil No. 04-cv-00139)

Present:     Marcia M. Waldron, Clerk

1) Motion by <u>Pro Se</u> Appellant, Michael L. Jones, to Reinstate Party As Appellant.

2) Appellant's affidavit in support of motion to proceed <u>in forma pauperis</u>, which is treated as a motion for leave to appeal <u>in forma pauperis</u>, pursuant to Rule 24, Federal Rules of Appellate Procedure.

   in the above-captioned case.

MMW/ghb

_____ O R D E R _____

The foregoing Motion at (1) is granted and Michael L. Jones is reinstated as an appellant in this appeal. The Motion at (2) is granted. Appellant filed a notice of appeal on January 4, 2005. Appellant is a prisoner and seeks to proceed <u>in forma pauperis</u> on appeal. Appellant is required to pay the full $255.00 fee in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2). The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the **Clerk of the District of Delaware**. In each succeeding

month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the **Clerk of the District of Delaware** equaling

Stevenson vs. Carroll
Page Two
<u>No. 05-1088</u>

20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal.

      This appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court will also consider appellee's motion for summary affirmance. <u>See</u> Third Circuit Internal Operating Procedure 10.6.

      It is noted that Appellant has failed to serve opposing counsel with a copy of the motion to reinstate which is a violation of Rule 25(b), F.R.A.P. In this instance only, the Clerk will serve opposing counsel with a copy of this motion. Appellant is directed to comply with the service requirements for all future filings.

      For the Court,

      <u>/s/ Marcia M. Waldron</u>
      Clerk

Dated: August 9, 2005
CMH/cc: MM, DS, MLJ, RWH



A True Copy:

Marcia M. Waldron, Clerk