IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

David Stevenson )
Michael Manley )
Michael L. Jones )
 Plaintiffs )
V. )  Civil Action No.
Thomas Carroll ) 04-139 GMS
 Defendant )

FILED
MAY 28 2008
U.S. DISTRICT
DISTRICT OF

## MOTION FOR THE APPOINTMENT OF COUNSEL

The Plaintiffs David Stevenson, Michael Manley, and Michael L. Jones, pursuant to §1915, requests this court to appoint counsel to represent them in this case for the following reasons:

1. The Plaintiffs are unable to afford counsel
2. The Plaintiffs are housed in a segregated isolation unit, and therefore have extremely limited access to the law library. That access is only through the inmate mail system.
3. The Plaintiffs are no longer housing in the same unit and cannot communicate with each other.
4. The Plaintiffs have a very limited knowledge of the law.
5. The issues in this case are complex and will require massive amounts of discovery.

Date _____

David Stevenson, Michael Manley, Michael L. Jones
1181 Paddock Road
Delaware Correctional Center
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID STEVENSON )
MICHAEL MANLEY )
MICHAEL L. JONES )
 Plaintiffs ) Civil Action No.
V. ) 04-139 GMS
THOMAS CARROLL )
 Defendant )

ORDER

IT IS HEREBY ORDERED this _____ day of _____, 200_ that Appellants Motion for the Appointment of Counsel is hereby GRANTED

_____
(Judge)

## Certificate of Service

I, David Stevenson, hereby certify that I have served a true and correct cop(ies) of the attached: Motion for the Appointment of Counsel Memorandum of Points and Authorities in Support of A Motion to Appoint Counsel upon the following parties/person (s):

TO: Judge Gregory M. Sleet
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

TO: Richard W. Hubbard
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 22nd day of May, 2008

David Stevenson
317036 - SHU 18A
1181 Paddock Road
Delaware Correctional Center
Smyrna, DE 19977

I/M: David Stevenson
SBI# 317086    UNIT SHU 18A

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

*LEGAL MAIL*

Judge Gregory M. Sleet
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

*LEGAL MAIL*