# EXHIBIT A

March 31, 2008

Major James Scarborough
Security Chief
Delaware Correctional Center

RECEIVED
APR 0 3 2008
S_____

Major Scarborough

    We are writing to request permission to have face to face consultations and to be able to correspond with Michael L. Jones SBI number 417267. Mr. Jones is currently a co-plaintiff in Stevenson, et al v. Carroll case number 1:04-cv-139. The Judge assigned to this case is the Honorable Gregory M. Sleet.

    Mr. Jones is currently housed in another building within D.C.C.. We as co-plaintiffs have no access to Mr. Jones. We request time for consultations so that all plaintiffs may proceed in concert and forestall any unnecessary delays.

                      Sincerely

_____       _____ 18 Al 8
David Stevenson                     Michael R. Manley
SBI number: 317036             SBI number: 338485

Handmade copies: Deputy Warden Pierce, David
Staff Lieutenant Karen Hawkins.



**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**DELAWARE CORRECTIONAL CENTER**
**1181 Paddock Road**
SMYRNA, DELAWARE 19977

## MEMORANDUM

TO: Michael Hanley #338485 / SHU 18 AU 8

FROM: Capt. Michael J. McCreanor
Office of the Security Superintendent

DATE: April 29, 2008

RE: Letter Dated March 31, 2008

===============================================================================

Your request for a meeting with Michael L. Jones cannot be honored. Requests of this nature must come from an attorney for consideration.

CAPT. MICHAEL J. MC CREANOR