IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID STEVENSON, MICHAEL MANLEY and MICHAEL JONES | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | C.A. No.04-139-GMS |
| v. | ) ) | Jury Trial Demanded |
| THOMAS CARROLL | ) ) | |
| Defendant. | ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Deputy Attorney General Aaron R. Goldstein hereby enters his appearance on behalf of Defendant Thomas Carroll in place of Deputy Attorney General Richard W. Hubbard.

| | |
|---|---|
| STATE OF DELAWARE DEPARTMENT OF JUSTICE | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
| /s/Aaron R. Goldstein Aaron R. Goldstein Deputy Attorney General Department of Justice 820 N. French Street, 6th Floor Wilmington, DE 19801 (302) 577-8400 aaron.goldstein@state.de.us | /s/ Richard W. Hubbard Richard W. Hubbard Deputy Attorney General Department of Justice 820 N. French Street, 6th Floor Wilmington, DE 19801 (302) 577-8400 richard.hubbard@state.de.us |

Dated: June 3, 2008

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on June 3, 2008, he caused the foregoing document to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

David Stevenson, Inmate
SBI #00317036
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Michael Manley, Inmate
SBI #00338485
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Michael L. Jones, Inmate
SBI #00417267
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MANNER OF DELIVERY:

__ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

__ Two true copies by Federal Express

__ Two true copies by hand delivery to each recipient

/s/ Aaron R. Goldstein
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us