

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

June 3, 2008

Clerk of Court
United States District Court
844 N. King Street
Lock Box 18
Wilmington, DE 19801

Re: Stevenson, et al. v. Carroll;
C.A. No. 04-139-GMS

Dear Clerk of Court:

This letter is to inform the Court and the Plaintiffs that Defendant Thomas Carroll is in receipt of the Plaintiffs' Motion for the Appointment of Counsel. Defendant Carroll takes no position on Plaintiff's Motion for the Appointment of Counsel.

Respectfully Submitted,

Aaron R. Goldstein
Deputy Attorney General

CC: David Stevenson
Michael Manley
Michael L. Jones